# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2025-0343
Lower Tribunal No. 2021-CF-005050

_____

JUDITH IVETTE TORRES GARCIA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
Sharon M. Franklin, Judge.

April 28, 2026

PER CURIAM.

AFFIRMED.

SMITH, BROWNLEE and GANNAM, JJ., concur.


Blair Allen, Public Defender, and Jeffrey Sullivan, Special Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Jonathan P. Hurley, Senior Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF TIMELY FILED